**UNITED STATES BANKRUPTCY COURT**
, NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WING, KIMBERLY A. | § | Case No. 12-04466 |
| WING, KENT S. | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/08/2012 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 10,000.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 30.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 9,970.00 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/29/2013 and the deadline for filing governmental claims was 03/29/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,750.00 , for a total compensation of $ 1,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 159.66 , for total expenses of $ 159.66 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/15/2013 By:/s/JOSEPH R. VOILAND
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 12-04466 RG Judge: MANUEL BARBOSA
Case Name: WING, KIMBERLY A.
WING, KENT S.
For Period Ending: 06/15/13

Trustee Name: JOSEPH R. VOILAND
Date Filed (f) or Converted (c): 02/08/12 (f)
341(a) Meeting Date: 03/19/12
Claims Bar Date: 03/29/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 2449 North 4009th Rd., Serena, IL | 300,000.00 | 88,456.00 | | 0.00 | FA |
| 2. real estate - 2500 W. Farmington Ct., Belviiere | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. checking acct - Citizens First National Bank | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. life insurance - ING | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. Household Goods | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6. Wearing Apparel | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7. 401 K | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Pension | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 9. 2005 Saturn Ion | 1,580.00 | 0.00 | DA | 0.00 | FA |
| 10. 2006 VW Passat | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. 2010 Dodge Ram | 19,800.00 | 0.00 | DA | 0.00 | FA |
| 12. fraudulent transfer litigation - DeJacimo (u) | 0.00 | Unknown | | 10,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $343,880.00 | $88,456.00 | | $10,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/13 Current Projected Date of Final Report (TFR): 06/15/13

**FORM 2**



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-04466 -RG
Case Name: WING, KIMBERLY A.
WING, KENT S.
Taxpayer ID No: *******6283
For Period Ending: 06/15/13

Trustee Name: JOSEPH R. VOILAND
Bank Name: Congressional Bank
Account Number / CD #: *******9645 Checking Account
Blanket Bond (per case limit): $ 50,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/16/13 | 12 | Nancy DeJacimo | | 1241-000 | 5,000.00 | | 5,000.00 |
| 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 4,990.00 |
| 05/10/13 | 12 | Citizens First National Bank/Dejacimo | | 1241-000 | 5,000.00 | | 9,990.00 |
| 05/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 9,980.00 |
| 06/01/13 | | Congressional Bank | bank service fee (4/22/13) | 2600-000 | | 10.00 | 9,970.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 10,000.00 | 30.00 | 9,970.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,000.00 | 30.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,000.00 | 30.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********9645 | 10,000.00 | 30.00 | 9,970.00 |
| | 10,000.00 | 30.00 | 9,970.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 10,000.00 30.00

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: June 15, 2013

Case Number: 12-04466
Debtor Name: WING, KIMBERLY A.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Joseph R. Voiland | Administrative | | $1,292.50 | $0.00 | $1,292.50 |
| 001<br>3120-00 | Joseph R. Voiland | Administrative | | $5.75 | $0.00 | $5.75 |
| 001<br>2700-00 | U.S. Bankruptcy Court ND, ILL | Administrative | | $293.00 | $0.00 | $293.00 |
| 000001<br>070<br>7100-00 | Commonwealth Edison Company<br>3 Lincoln Centre<br>Oakbrook Terrace, Il 60181<br>Attn: Bankruptcy Dep. | Unsecured | | $814.88 | $0.00 | $814.88 |
| 000002<br>070<br>7100-00 | Atlas Acquisitions LLC (ELAN)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $5,097.15 | $0.00 | $5,097.15 |
| 000003<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $795.55 | $0.00 | $795.55 |
| 000004<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $3,015.19 | $0.00 | $3,015.19 |
| 000005<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,007.86 | $0.00 | $1,007.86 |
| 000006<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $589.83 | $0.00 | $589.83 |
| 000007<br>070<br>7100-00 | Nicholas C. Kirkeles<br>1 So 660 Midwest Road - Suite 200<br>Oakbrook Terrace, IL 60181 | Unsecured | | $9,555.00 | $0.00 | $9,555.00 |
| 000008<br>070<br>7100-00 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | | $611.74 | $0.00 | $611.74 |
| 000009<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $7,007.77 | $0.00 | $7,007.77 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: June 15, 2013

Case Number: 12-04466
Debtor Name: WING, KIMBERLY A.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $485.15 | $0.00 | $485.15 |
| 000011<br>070<br>7100-00 | American InfoSource LP as agent for<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $2,744.00 | $0.00 | $2,744.00 |
| | Case Totals: | | | $33,315.37 | $0.00 | $33,315.37 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-04466
Case Name: WING, KIMBERLY A.
WING, KENT S.
Trustee Name: JOSEPH R. VOILAND

Balance on hand $ 9,970.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 159.66 | $ 0.00 | $ 159.66 |
| Attorney for Trustee Fees: Joseph R. Voiland | $ 1,292.50 | $ 0.00 | $ 1,292.50 |
| Charges: U.S. Bankruptcy Court ND, ILL | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: Joseph R. Voiland | $ 5.75 | $ 0.00 | $ 5.75 |

Total to be paid for chapter 7 administrative expenses $ 3,500.91

Remaining Balance $ 6,469.09

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,724.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ 814.88 | $ 0.00 | $ 166.17 |
| 000002 | Atlas Acquisitions LLC (ELAN) | $ 5,097.15 | $ 0.00 | $ 1,039.40 |
| 000003 | Quantum3 Group LLC as agent for | $ 795.55 | $ 0.00 | $ 162.23 |
| 000004 | Quantum3 Group LLC as agent for | $ 3,015.19 | $ 0.00 | $ 614.84 |
| 000005 | Quantum3 Group LLC as agent for | $ 1,007.86 | $ 0.00 | $ 205.52 |
| 000006 | Capital One Bank (USA), N.A. | $ 589.83 | $ 0.00 | $ 120.28 |
| 000007 | Nicholas C. Kirkeles | $ 9,555.00 | $ 0.00 | $ 1,948.43 |
| 000008 | MERRICK BANK | $ 611.74 | $ 0.00 | $ 124.74 |
| 000009 | PYOD, LLC its successors and assigns as assignee | $ 7,007.77 | $ 0.00 | $ 1,429.00 |
| 000010 | GE Capital Retail Bank | $ 485.15 | $ 0.00 | $ 98.93 |
| 000011 | American InfoSource LP as agent for | $ 2,744.00 | $ 0.00 | $ 559.55 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 6,469.09 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE