## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WING, KIMBERLY A. | § | Case No. 12-04466 |
| WING, KENT S. | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 09/05/2013 in Courtroom 240,
United States Courthouse
c/o Kane County Courthouse
100 S 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/27/2013             By: Kenneth S. Gardner
                                         Clerk of the Bankruptcy Court


*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WING, KIMBERLY A. | § | Case No. 12-04466 |
| WING, KENT S. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 30.00 |
| leaving a balance on hand of[1] | $ | 9,970.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 159.66 | $ 0.00 | $ 159.66 |
| Attorney for Trustee Fees: Joseph R. Voiland | $ 1,292.50 | $ 0.00 | $ 1,292.50 |
| Charges: U.S. Bankruptcy Court ND, ILL | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: Joseph R. Voiland | $ 5.75 | $ 0.00 | $ 5.75 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,500.91 |
| Remaining Balance | $ | 6,469.09 |

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,724.12  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ 814.88 | $ 0.00 | $ 166.17 |
| 000002 | Atlas Acquisitions LLC (ELAN) | $ 5,097.15 | $ 0.00 | $ 1,039.40 |
| 000003 | Quantum3 Group LLC as agent for | $ 795.55 | $ 0.00 | $ 162.23 |
| 000004 | Quantum3 Group LLC as agent for | $ 3,015.19 | $ 0.00 | $ 614.84 |
| 000005 | Quantum3 Group LLC as agent for | $ 1,007.86 | $ 0.00 | $ 205.52 |
| 000006 | Capital One Bank (USA), N.A. | $ 589.83 | $ 0.00 | $ 120.28 |
| 000007 | Nicholas C. Kirkeles | $ 9,555.00 | $ 0.00 | $ 1,948.43 |
| 000008 | MERRICK BANK | $ 611.74 | $ 0.00 | $ 124.74 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | PYOD, LLC its successors and assigns as assignee | $ 7,007.77 | $ 0.00 | $ 1,429.00 |
| 000010 | GE Capital Retail Bank | $ 485.15 | $ 0.00 | $ 98.93 |
| 000011 | American InfoSource LP as agent for | $ 2,744.00 | $ 0.00 | $ 559.55 |

Total to be paid to timely general unsecured creditors        $        6,469.09

Remaining Balance        $        0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:


NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By: /s/Joseph R. Voiland
                                    Trustee


*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 12-04466-CAD
Kimberly A. Wing                                                            Chapter 7
Kent S. Wing
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley          Page 1 of 4          Date Rcvd: Jul 29, 2013
                              Form ID: pdf006       Total Noticed: 119

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2013.
```
db/jdb      #Kimberly A. Wing,   Kent S. Wing,   631 East Wilson Street,   Batavia, IL 60510-2165
18457636    +AMLI At Kirkland Crossing,   3055 Riverbirch Drive,   Aurora, IL 60502-7103
18457631     Account Services,   Box 659818,   San Antonio, TX 78265-9118
18457632     Adventist Hinsdale Hospital,   Box 7000,   Bolinbrook, IL 60440-7000
18457633    +Aesthetic And Clinical Derm,   Suite 309,   908 North Elm Street,   Hinsdale, IL 60521-3625
19868047    +Atlas Acquisitions LLC (ELAN),   294 Union St.,   Hackensack, NJ 07601-4303
18457638    +Aurora Emergency Assoc. LTD,   Dept. 20-6002,   Box 5990,   Carol Stream, IL 60197-5990
18457640    +Aurora Radiology Consultants,   520 East 22nd Street,   Lombard, IL 60148-6110
18457639     Aurora Radiology Consultants,   Suite 352,   2250 East Devon Avenue,
              Des Plaines, IL 60018-4519
18457641     Autopass Store At CFNA,   C/O Client Services, Inc.,   3451 Harry S Truman Boulevard,
              St. Charles, MO 63301-4047
18457642    +Balboa Insurance Company,   Suite 200,   3349 Michelson Drive,   Irvine, CA 92612-8881
18457643    +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285
18457644    +Baron Coll,   155 Revere Dr,   Northbrook, IL 60062-1558
18457647    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One,   Box 85520,   Richmond, VA  23285)
19935456     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
18457648    +Castle Orthopaedics Sports,   2111 Ogden Avenue,   Aurora, IL 60504-7597
18457649    +Cbm,   300 Rodd St Ste 202,   Midland, MI 48640-6599
18457650    +Ccs/first Savings Bank,   500 E 60th St N,   Sioux Falls, SD 57104-0478
18457651    +Chase,   Box 15298,   Wilmington, DE 19850-5298
18457654     Citizens First National Bank,   Box 70408,   St. Louis, MO  63179-0408
18457656    +Credit Management Control, Inc.,   Box 1654,   Green Bay, WI 54305-1654
18457660    +Darien Woodridge FPD,   Box 88850,   Carol Stream, IL 60188-0850
18457661    +Dayspring Pediatric Denistry,   Suite 203,   2570 Foxfiled Road,   St. Charles, IL 60174-1406
18457662     Delnor Community Hospital,   Box 739,   Moline, IL 61266-0739
18457663    +Dependon Collection Se,   Po Box 4833,   Oak Brook, IL 60522-4833
18457666    +Dr Georgina Srinivas Rao MD,   Suite LL30,   302 Randall Road,   Geneva, IL 60134-4209
18457667     Dreyer Medical Clinic,   Box 2091,   Aurora, IL  60507-2091
18457668    +Edward Health Ventures,   Linden Oaks Medical Group,   3471 Eagle Way,   Chicago, IL 60678-1034
18457670    +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
18457671    +Firstsource Financial Solutions, LLC,   7650 Magna Drive,   Belleville, IL 62223-3366
18457672    +Frank M. Bonifacic, Esq.,   Suite 1850,   111 West Washington,   Chicago, IL 60602-3431
18457674     Harris And Harris,   Suite 1900,   200 Merchandise Mart,   Chicago, IL  60654
18457675     Illinois Department Of Revenue,   Box 19447,   Springfield, IL  62794-9447
18457676    +Indiana Valley ER Physicians,   Suite 200,   3075 East Imperial Highway,   Brea, CA 92821-6753
18457679     KCA Financial,   Box 53,   Geneva, IL  60134-0053
18457678     Kane Anesthesia,   C/O Medical Business Bureau,   Box 1219,   Park Ridge, IL  60068-7219
18457668    +L Donald Huelson Chart,   16029 S Bradley Dr,   Olathe, KS 66062-3932
18457682    +LHR Collections,   35A Rust Lane,   Boerne, TX 78006-8202
18457683    +Linden Oaks At Edwards,   Box 5956,   Peoria, IL 61601-5956
18457688    +Loyola University Medical Center,   Box 99400,   Louisville, KY 40269-0400
18457685    +Loyola University Medical Center,   2160 South First Avenue,   Maywood, IL 60153-3328
18457684    +Loyola University Medical Center,   Box 4866,   Oak Brook, IL 60522-4866
18457686     Loyola University Medical Center,   Box 3159,   Oak Brook, IL  60522-3159
18457689    +Loyola University Medical Center,   Box 3021,   Milwaukee, WI 53201-3021
18457687     Loyola University Medical Center,   Box 6559,   Carol Stream, IL  60197-6559
18457690     M & M Orthapedics,   Suite 230,   4300 Commerce Court,   Lisle, IL  60532-3698
18457697    +MQC Collection Services,   Box 140700,   Toledo, OH 43614-0700
18457698    #+MSC Collections, Inc.,   Suite 501,   725 South Wells Street,   Chicago, IL 60607-4516
18457691     Maurices,   Box 659705,   San Antonio, TX  78265-9705
18457692    +Med Busi Bur,   1460 Renaissance D,   Park Ridge, IL 60068-1349
18457693     MediCredit, Inc.,   Box 1022,   Wixom, MI  48393-1022
18457694    +Mednet Healthcare Technologies, Inc.,   275 Phillips Boulevard,   Ewing, IL 08618-1452
18457696    +Mid-America Management Corporation,   2907 Butterfield Road,   Oak Brook, IL 60523-1176
18457699    +Mutual Management,   401 E State,   Rockford, IL 61104-1027
18457700    +Nancy DeJacimo,   2449 North 4009th Road,   Serena, IL 60549-9738
18457701    +National Recovery Agen,   2491 Paxton St,   Harrisburg, PA 17111-1036
18457706     Nicholas C. Kirkeles,   1 So 660 Midwest Road - Suite 200,   Oakbrook Terrace, IL  60181
18457707     Northern Illinois Imaging,   C/O Mutual Management Service,   401 East State Street,
              Rockford, IL  61104-1027
18457709    +Northwest Radiology,   C/O KCA Financial Service,   Box 53,   Geneva, IL 60134-0053
18457710    +Pathology Assoc. Of Aurora,   5620 Southwyck Boulevard,   Toledo, OH 43614-1501
18457711    +Payliance,   3 Easton Oval Ste 210,   Columbus, OH 43219-6011
18457713    +Phillips Flowers Gifts,   524 North Cass Avenue,   Westmont, IL 60559-2288
18457714     Provena Health,   Suite 203,   1643 Lewis Avenue,   Billings, MT  59102-4151
18457715    +Resurgent Capital Services,   Box 14006,   Greenville, SC 29610-4006
18457716    +Rockford Mercantile,   2502 S Alpine Rd,   Rockford, IL 61108-7813
18457717     Rockford Mercantile Agency,   Box 5847,   Rockford, IL  61125-0847
18457718    +Rush-Copley Medical Center,   2000 Ogden Avenue,   Aurora, IL 60504-7222
18457719     Saint Joseph Regional Med,   Dept Ch 14327,   Palatine, IL  60055-4327
18457720     Sears Credit Cards,   Box 183082,   Columbus, OH  43218-3082
18457721    +Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
```

District/off: 0752-1          User: lhuley          Page 2 of 4          Date Rcvd: Jul 29, 2013
                             Form ID: pdf006        Total Noticed: 119


18457722     +State Collection Servi,   2509 S Stoughton Rd,   Madison, WI 53716-3314
18457723     +State Collection Service,   Box 6250,   Madison, WI 53716-0250
18457724     +State Colls,   2509 S Stoughton Rd,   Madison, WI 53716-3314
18457725      T-Mobile,   Box 742596,   Cincinnati, OH 45274-2596
18457726      Transgenomic, Inc.,   Box 83236,   Woburn, MA 01813-3236
18457728     +Tri City Radiology S. C.,   9410 Compubill Drive,   Orland Park, IL 60462-2627
18457732    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank,   425 Walnut St,   Cincinnati, OH 45202)
18457729     +Unique National Collections,   119 East Maple Street,   Jeffersonville, IN 47130-3439
18457730     +United Collect Bur Inc,   5620 Southwyck Blvd Ste,   Toledo, OH 43614-1501
18457733     +Valley Emergency Care,   Box 809239,   Chicago, IL 60680-9201
18457734      Valley Imaging Consulting LLC,   6910 South Madison Street,   Willowbrook, IL 60527-5504
18457735     +Victoria Secret,   Box 16589,   Columbus, OH 43216-6589
18457736     +Wanigas Credit Union,   4026 Shattuck Rd,   Saginaw, MI 48603-3079
18457737      Waubonsee Community College,   Rte. 47 At Waubonsee Drive,   Sugar Grove, IL 60554
18457738     +West Asset Management,   2703 North Highway 75,   Sherman, TX 75090-2567
18457739     +Wfnnb/maurices,   Po Box 182789,   Columbus, OH 43218-2789
18457628      Wing Kent S,   631 East Wilson Street,   Batavia, IL 60510-2165
18457627      Wing Kimberly A,   631 East Wilson Street,   Batavia, IL 60510-2165
18457740     +Zale/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18457630      E-mail/Text: g17768@att.com Jul 30 2013 02:04:55     A T & T,   Box 8100,
             Aurora, IL 60507-8100
18457637      E-mail/Text: bnc-applied@quantum3group.com Jul 30 2013 03:21:02     Applied Bank,
             601 Delaware Ave,   Wilmington, DE 19801
18457635     +E-mail/Text: ally@ebn.phinsolutions.com Jul 30 2013 02:04:27     Ally Financial,
             200 Renaissance Ctr,   Detroit, MI 48243-1300
20209783      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2013 02:20:27
             American InfoSource LP as agent for,   Presence Health,   PO Box 248838,
             Oklahoma City, OK 73124-8838
18987313     +E-mail/Text: bnc@atlasacq.com Jul 30 2013 02:05:10     Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
18457646     +E-mail/Text: jas@arthuradler.com Jul 30 2013 03:09:29     Cach, LLC,   C/O Adler And Associates,
             25 East Washington Street, Suite 500,   Chicago, IL 60602-1703
18457653     +E-mail/Text: heather.stabler@citizens1st.com Jul 30 2013 02:03:47
             Citizens First National Bank,   606 S Main Street,   Princeton, IL 61356-2080
18457655      E-mail/Text: legalcollections@comed.com Jul 30 2013 02:00:40     ComEd,   Box 6111,
             Carol Stream, IL 60197-6111
18531983     +E-mail/Text: legalcollections@comed.com Jul 30 2013 02:00:40     Commonwealth Edison Company,
             3 Lincoln Centre,   Oakbrook Terrace, Il 60181-4204,   Attn: Bankruptcy Dep.
18457657     +E-mail/Text: clerical.department@yahoo.com Jul 30 2013 02:04:02     Creditors Collection B,
             755 Almar Pkwy,   Bourbonnais, IL 60914-2393
18457658      E-mail/Text: clerical.department@yahoo.com Jul 30 2013 02:04:02     Creditors Collection Bureau,
             Box 63,   Kankakee, IL 60901-0063
18457659     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Jul 30 2013 02:00:47     Creditors Protection S,
             202 W State St Ste 300,   Rockford, IL 61101-1163
18457664     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 30 2013 02:21:18     Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
18457665     +E-mail/Text: ana@divservgrp.com Jul 30 2013 03:04:43     Diversified Svs Group,
             1824 W Grand Ave Ste 200,   Chicago, IL 60622-6721
18457669     +E-mail/Text: bknotice@erccollections.com Jul 30 2013 03:08:05     Enhanced Recovery Co L,
             8014 Bayberry Rd,   Jacksonville, FL 32256-7412
20192879      E-mail/PDF: rmscedi@recoverycorp.com Jul 30 2013 02:19:35     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18457673     +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2013 02:18:56     GEMB/Paypal DC,   Box 981400,
             El Paso, TX 79998-1400
18457677     +E-mail/Text: cio.bncmail@irs.gov Jul 30 2013 01:47:41     Internal Revenue Service,
             P.O. Box 7346,   Philadelphia, PA 19101-7346
18457680     +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 30 2013 01:54:29     Kohls/capone,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
18457704      E-mail/Text: bankruptcydepartment@ncogroup.com Jul 30 2013 03:10:12     NCO Medclear,   Box 41448,
             Philadelphia, PA 19101
18457705      E-mail/Text: bankruptcydepartment@ncogroup.com Jul 30 2013 03:10:12     Nco- Medclr,
             Po Box 8547,   Philadelphia, PA 19101
20132019      E-mail/Text: bkr@cardworks.com Jul 30 2013 02:03:33     MERRICK BANK,
             Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
18457695     +E-mail/Text: bkr@cardworks.com Jul 30 2013 02:03:33     Merrick Bank,   Po Box 9201,
             Old Bethpage, NY 11804-9001
18457708     +E-mail/Text: clientservices@northwestcollectors.com Jul 30 2013 02:36:34
             Northwest Collectors, Inc.,   Suite 232,   3601 Algonquin Road,   Rolling Meadows, IL 60008-3143
20160765     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 30 2013 01:52:29
             PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
             Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
18457712     +E-mail/Text: recovery@paypal.com Jul 30 2013 02:03:39     Paypal,   Box 45950,
             Omaha, NE 68145-0950
19888719      E-mail/Text: bnc-quantum@quantum3group.com Jul 30 2013 02:40:27
             Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
19888720      E-mail/Text: bnc-quantum@quantum3group.com Jul 30 2013 02:40:27
             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788

```
District/off: 0752-1            User: lhuley            Page 3 of 4            Date Rcvd: Jul 29, 2013
                                Form ID: pdf006         Total Noticed: 119
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
18457727    +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 30 2013 03:10:12      Transworld Systems, Inc.,
             Collection Agency,   1375 East Woodfield Road, Suite 110,   Schaumburg, IL 60173-5423
18457731    +E-mail/PDF: ucsinc@unitedcreditservice.com Jul 30 2013 02:21:27      United Credit Service,
             15 N Lincoln St,   Elkhorn, WI 53121-1766
                                                                                        TOTAL: 30
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18457634    ##+Alexandria Vaneck Co., LPA,   Suite 110,   5660 Southwyck Boulevard,   Toledo, OH 43614-1597
18457645    ##+Batavia Public Library District,   10 South Batavia Avenue,   Batavia, IL 60510-2793
18457652    ##+Children's Memorial Hospital,   2300 Children's Plaza,   Chicago, IL 60614-3363
18457702    ##+Nationwide Credit And Co,   815 Commerce Dr Ste 100,   Oak Brook, IL 60523-8839
18457703    ##+Nationwide Credit & Collection, Inc.,   Suite 100,   815 Commerce Drive,
             Oak Brook, IL 60523-8839
18457629    ##+Wheeler & Patel LLP,   221 N LaSalle Street Suite 2200,   Chicago, IL 60601-1502
                                                                             TOTALS: 0, * 0, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2013**                    **Signature:**      _Joseph Speetjens_

```
District/off: 0752-1              User: lhuley            Page 4 of 4               Date Rcvd: Jul 29, 2013
                                  Form ID: pdf006         Total Noticed: 119
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2013 at the address(es) listed below:
         Joseph  Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
         Joseph R Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net
         Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
         Mark Steven Wheeler    on behalf of Joint Debtor Kent S. Wing mark@wheelerandpatel.com,
          dipali@wheelerandpatel.com
         Mark Steven Wheeler    on behalf of Debtor Kimberly A. Wing mark@wheelerandpatel.com,
          dipali@wheelerandpatel.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                       TOTAL: 6