UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
WING, KIMBERLY A. § Case No. 12-04466
WING, KENT S. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH R. VOILAND_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| U.S. BANKRUPTCY COURT ND, ILL | | | | | |
| VOILAND, JOSEPH R. | | | | | |
| VOILAND, JOSEPH R. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC (ELAN) | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000010 | GE CAPITAL RETAIL BANK | | | | | |
| 000008 | MERRICK BANK | | | | | |
| 000007 | NICHOLAS C. KIRKELES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-04466 RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | WING, KIMBERLY A. | | Date Filed (f) or Converted (c): | 02/08/12 (f) |
| | WING, KENT S. | | 341(a) Meeting Date: | 03/19/12 |
| For Period Ending: | 12/10/13 | | Claims Bar Date: | 03/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 2449 North 4009th Rd., Serena, IL | 300,000.00 | 88,456.00 | | 0.00 | FA |
| 2. real estate - 2500 W. Farmington Ct., Belviiere | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. checking acct - Citizens First National Bank | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. life insurance - ING | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. Household Goods | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6. Wearing Apparel | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7. 401 K | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Pension | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 9. 2005 Saturn Ion | 1,580.00 | 0.00 | DA | 0.00 | FA |
| 10. 2006 VW Passat | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. 2010 Dodge Ram | 19,800.00 | 0.00 | DA | 0.00 | FA |
| 12. fraudulent transfer litigation - DeJacimo (u) | 0.00 | Unknown | | 10,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $343,880.00 | $88,456.00 | | $10,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/13    Current Projected Date of Final Report (TFR): 06/15/13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit 9

| Case No: | 12-04466 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | WING, KIMBERLY A. | | Bank Name: | Congressional Bank |
| | WING, KENT S. | | Account Number / CD #: | *******9645 Checking Account |
| Taxpayer ID No: | *******6283 | | | |
| For Period Ending: | 12/10/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/16/13 | 12 | Nancy DeJacimo | | 1241-000 | 5,000.00 | | 5,000.00 |
| 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 4,990.00 |
| 05/10/13 | 12 | Citizens First National Bank/Dejacimo | | 1241-000 | 5,000.00 | | 9,990.00 |
| 05/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 9,980.00 |
| 06/01/13 | | Congressional Bank | bank service fee (4/22/13) | 2600-000 | | 10.00 | 9,970.00 |
| 06/30/13 | | Congressional Bank | bank service fee | 9999-000 | | 10.00 | 9,960.00 |
| 09/05/13 | 001001 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2100-000 | | 1,750.00 | 8,210.00 |
| 09/05/13 | 001002 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2200-000 | | 159.66 | 8,050.34 |
| 09/05/13 | 001003 | Joseph R. Voiland | | 3110-000 | | 1,292.50 | 6,757.84 |
| 09/05/13 | 001004 | Joseph R. Voiland | | 3120-000 | | 5.75 | 6,752.09 |
| 09/05/13 | 001005 | U.S. Bankruptcy Court ND, ILL | | 2700-000 | | 293.00 | 6,459.09 |
| 09/05/13 | 001006 | Commonwealth Edison Company 3 Lincoln Centre Oakbrook Terrace, Il 60181 Attn: Bankruptcy Dep. | | 7100-000 | | 166.17 | 6,292.92 |
| 09/05/13 | 001007 | Atlas Acquisitions LLC (ELAN) 294 Union St. Hackensack, NJ 07601 | | 7100-000 | | 1,039.40 | 5,253.52 |
| 09/05/13 | 001008 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | | 7100-000 | | 162.23 | 5,091.29 |
| 09/05/13 | 001009 | Quantum3 Group LLC as agent for MOMA Funding LLC | | 7100-000 | | 614.84 | 4,476.45 |

Page Subtotals 10,000.00 5,523.55

Ver: 16.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-04466 -RG |
| Case Name: | WING, KIMBERLY A. |
| | WING, KENT S. |
| Taxpayer ID No: | *******6283 |
| For Period Ending: | 12/10/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******9645 Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/05/13 | 001010 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | | 7100-000 | | 205.52 | 4,270.93 |
| 09/05/13 | 001011 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | | 7100-000 | | 120.28 | 4,150.65 |
| 09/05/13 | 001012 | Nicholas C. Kirkeles 1 So 660 Midwest Road - Suite 200 Oakbrook Terrace, IL 60181 | | 7100-000 | | 1,948.43 | 2,202.22 |
| 09/05/13 | 001013 | MERRICK BANK Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | | 7100-000 | | 124.74 | 2,077.48 |
| 09/05/13 | 001014 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | | 7100-000 | | 1,429.00 | 648.48 |
| 09/05/13 | 001015 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | | 7100-000 | | 98.93 | 549.55 |
| 09/05/13 | 001016 | American InfoSource LP as agent for Presence Health PO Box 248838 Oklahoma City, OK 73124-8838 | | 7100-000 | | 559.55 | -10.00 |
| 10/31/13 | | cb | refund of service fees | 9999-000 | 25.00 | | 15.00 |
| | | | Page Subtotals | | 25.00 | 4,486.45 | |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-04466 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | WING, KIMBERLY A. | | Bank Name: | Congressional Bank |
| | WING, KENT S. | | Account Number / CD #: | *******9645 Checking Account |
| Taxpayer ID No: | *******6283 | | | |
| For Period Ending: | 12/10/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/13 | | cb | overdraft fee | 9999-000 | | 5.00 | 10.00 |
| 12/10/13 | | cb | reversal of over credit | 9999-000 | | 10.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,025.00 | 10,025.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,025.00 | 10,025.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,025.00 | 10,025.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********9645 | 10,025.00 | 10,025.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 10,025.00 | 10,025.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 15.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*